UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M.C.P., et al., Plaintiff(s),

v.

DHS, et al., Defendant(s).

Case No. 3:25-cv-946

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Caitlyn DeWitt, an active member in good standing of the bar of Supreme Court of Wisconsin, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: M.C.P., L.B.P., S.J.A., L.V.C. in the above-entitled action. My local co-counsel in this case is Gautam J. Jagannath, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 285020.

| | |
|---|---|
| 1832 Second Street Berkeley, CA 94710 | 1832 Second Street Berkeley, CA 94710 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 510-550-5741 | 510-992-3964 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| caitlyn@socialjusticecollaborative.org | gautam@socialjusticecollaborative.org |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1116068.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/29/2025 Caitlyn DeWitt

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Caitlyn DeWitt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 30, 2025

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

United States District Court
Northern District of California

Samuel A. Christensen
Clerk

WISCONSIN SUPREME COURT
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

# CERTIFICATE OF GOOD STANDING

*I, Sheelah Guild, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*CAITLYN DEWITT*

*was admitted to practice as an attorney within this state on May 17, 2021 and is presently in good standing in this court.*

*Dated: September 16, 2024*

*SHEELAH GUILD*
*Chief Deputy Clerk of Supreme Court*